UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:
GLEN C DALTON    CASE NUMBER: 12-23471
KELLY J DALTON   HON. DANIEL S. OPPERMAN
    Debtor(s)   CHAPTER 13 PROCEEDING
_____/

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS

Debtor responds as follows:

(1) Admit.

(2) Admit.

(3) Neither admit nor deny because the allegation sets forth a conclusion a law and no response is required.

(4) Neither admit nor deny because the allegation sets forth a conclusion a law and no response is required.

(5) Neither admit nor deny because the allegation sets forth a conclusion a law and no response is required.

(6) Neither admit nor deny because the allegation sets forth a conclusion a law and no response is required.

WHEREFORE, the debtor request that the Trustee's motion to dismiss be denied and enter the order attached as Exhibit 1.

    Respectfully submitted,

Dated: July 15, 2018

/s/ Michael J. Shovan
Michael J. Shovan
Michael J. Shovan PC
Attorney for Debtor
6620 Weiss Street
Saginaw MI 48603
(989) 847-6030
ecf@bk-doctor.com
P43362

EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:
GLEN C DALTON                                  CASE NUMBER: 12-23471
KELLY J DALTON                              HON. DANIEL S. OPPERMAN
    Debtor(s)                                 CHAPTER 13 PROCEEDING
_____/

## ORDER DENYING DISMISSING CASE

On motion of the Chapter 13 Trustee, after a hearing and this Court being advised,

IT IS ORDERED that the Trustee's motion to dismiss is DENIED.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:
GLEN C DALTON
KELLY J DALTON
      Debtor(s)

CASE NUMBER: 12-23471
HON. DANIEL S. OPPERMAN
CHAPTER 13 PROCEEDING

_____/

## CERTIFICATE OF SERVICE

On the date set forth below the undersigned served a copy of debtor's response to the Trustee's motion to dismiss electronically through the CM/ECF system on all participants and on the debtor at her address of record.

Respectfully submitted,

Dated: July 15, 2018

/s/ Michael J. Shovan
Michael J. Shovan
Michael J. Shovan PC
Attorney for Debtor
6620 Weiss Street
Saginaw MI 48603
(989) 847-6030
ecf@bk-doctor.com
P43362